**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason Neil GILLILAND, Defendant–Appellant.**

**No. 08–14265**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 20, 2009.

William Jordan Brower, Brower Law Office, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before DUBINA, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

William J. Brower, appointed counsel for Jason Neil Gilliland in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Gilliland's conviction and sentence are **AFFIRMED**.